# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ASSOCIATED INDUSTRIES INSURANCE COMPANY,<br><br>Plaintiff(s)<br><br>v.<br><br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY, et al.,<br><br>Defendant(s) | CASE NUMBER<br><br>8:18-CV-01776 ODW(JDEx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

Associated Industries Insurance Company  ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute Andrew D. Herold who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

550 Second Street, Suite 200
*Street Address*

Encinitas, CA  92024                                              aherold@heroldsagerlaw.com
*City, State, Zip*                                                                *E-Mail Address*

760.487.1047                           760.487.1064                           178640
*Telephone Number*                      *Fax Number*                          *State Bar Number*

as attorney of record instead of Rebecca R. Weinreich and Douglas R. Irvine of
*List **all** attorneys from same firm or agency who are withdrawing.*

Lewis Brisbois Bisgaard & Smith LLP, 633 West 5th St., Suite 4000, Los Angeles, California 90071

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                                                U. S. District Judge/U.S. Magistrate Judge